**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Brightmark Plastics Renewal LLC, *et al.*,[1] | Case No. 25-10472 (LSS) |
| Debtors. | (Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON APRIL 3, 2025 AT 3:00 P.M. (ET)**[3]

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Silverstein's Chambers Procedures (https://www.deb.uscourts.gov/judge-laurie-selber-silverstein) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Silverstein's expectations of remote participants, and the advanced registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) on April 2, 2025 unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**MATTERS GOING FORWARD:**

1. Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789). The Debtors' headquarters are located at 1725 Montgomery St, Floor 3, San Francisco, CA 94111.

[2] **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following address: https://www.omniagentsolutions.com/BrightmarkPlastics.

Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 22 - filed on March 17, 2025]

Response/Objection Deadline:  March 31, 2025 at 4:00 p.m. (ET); extended to April 1, 2025 at 11:00 a.m. (ET) for UMB Bank, N.A. (the "Indenture Trustee")

Responses Received:

i. Informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

ii. Informal comments from Brightmark Plastics Ashley Holdco LLC (the "DIP Lender")

iii. Initial Objection, Request for Adjournment and Reservation of Rights of UMB Bank, N.A., as Trustee, to Debtors' Bidding Procedures Motion [Docket No. 74 – filed April 1, 2025]

Related Documents:

a. Declaration of Mark E. Chesen in Support of Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief [Docket No. 23 – filed on March 17, 2025]

b. Debtors' Motion for an Order Shortening and Limiting Notice with Respect to the Debtors' Bid Procedures Motion [Docket No. 24 - filed on March 17, 2025]

c. Order Shortening and Limiting Notice with Respect to the Debtors' Bid Procedures Motion [Docket No. 44 – entered on March 19, 2025]

d. Notice of Hearing Regarding Bidding Procedures Motion [Docket No. 47 – filed on March 19, 2025]

e. **Debtors' Reply in Support of Bid Procedures Motion [Docket No. 80 - Filed April 2, 2025]**

f. **Motion of the Debtors for Leave to File and Serve a Late Reply in Support of Bid Procedures Motion [Docket No. 81 - Filed  April 2, 2025]**

2

Status: The informal comments of the U.S. Trustee and the DIP Lender have been resolved.  This matter is otherwise going forward.

Dated: April **2**, 2025
 Wilmington, Delaware

Respectfully submitted,

*/s/ Brett M. Haywood*
Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
Brett M. Haywood (No. 6166)
Katelin A. Morales (No. 6683)
James R. Risener III (No. 7334)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
   rmcneill@potteranderson.com
   bhaywood@potteranderson.com
   kmorales@potteranderson.com
   jrisener@potteranderson.com
   aehrmann@potteranderson.com

*Proposed Counsel to the Debtors and Debtors in Possession*