IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Brightmark Plastics Renewal LLC, *et al.*,[1] | Case No. 25-10472 (LSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF CRAIG R. JALBERT
IN FURTHER SUPPORT OF DEBTORS' DIP MOTION**

I, Craig R. Jalbert, hereby declare under penalty of perjury as follows:

1. I am the Chief Restructuring Officer ("CRO") of the above-captioned debtors and debtors in possession (the "Debtors"). I am also a principal at Verdolino & Lowey, P.C. ("Verdolino"). Verdolino is a business consulting and accounting firm with decades of experience in the fields of bankruptcy and insolvency and provides services to support me in fulfilling my duties as the Debtors' CRO. In my capacity as the CRO, I have become familiar with the Debtors' day-to-day operations, business affairs, and books and records. On March 24, 2025, the Debtors filed an application [Docket No. 57], seeking to employ me as CRO and Verdolino to provide services in support of my duties as the CRO.

2. I have over 40 years of experience in accounting and business advisory services, tax planning, compliance, forensic accounting, and bankruptcy matters, including valuation and insolvency, preference and fraudulent transactions, plan development, cash flow and business analysis, records reconstruction and post-confirmation administration, wind-down services, and

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789). The Debtors' headquarters are located at 1725 Montgomery St, Floor 3, San Francisco, CA 94111.

expert reporting. I have been involved in over 500 chapter 11 cases since 1990. I have regularly been appointed as both a Federal and State Court Receiver, Trustee, as well as multiple C-Level Executive titles. I received a Bachelor of Science degree in Accountancy with honors from Boston College in 1983, and I am a Certified Insolvency Restructuring Advisor, and I am a member of the American College of Bankruptcy.

3. I submit this declaration (this "<u>Declaration</u>") in support of the *Debtors' Reply in Support of Their Motion for Entry of Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims Subject to Certain Permitted Liens; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief* (the "<u>Reply</u>").[2] This Declaration is intended to supplement the information contained in the *Declaration of Mark E. Chesen in Support of the Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims Subject to Certain Permitted Liens; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* [Docket No. 27] (the "<u>Chesen Declaration</u>") and to address specific issues raised in the Objection. I have reviewed the DIP Motion and it is my belief that the relief sought therein is essential to the uninterrupted operation of the Debtors' business and to the success of these Chapter 11 Cases.

4. Except as otherwise indicated herein, all statements set forth in this Declaration are based upon my personal knowledge, my discussions with members of the Debtors' management team and advisors, my review of relevant documents and information concerning the Debtors'

---

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to them in the Reply.

operations, financial affairs, and restructuring initiatives, or my opinions based upon my own experience and knowledge.

5. The collateral over which the Prepetition Secured Parties asserts a lien consists of two categories, Working Capital and Hard Assets (collectively, the "Prepetition Bond Collateral").[3] Working Capital includes the Debtors' cash on hand, accounts receivable, finished goods, and raw materials. The Debtors' Hard Assets consist of the Debtors' real property (primarily the Circularity Center), fixtures, and equipment. It is my opinion that the Debtors' continued postpetition operation of their business, made possible by the DIP Facility, has served to increase the overall value of the Prepetition Bond Collateral.

6. A chart detailing the values of the Debtors' Working Capital as of the Petition Date; as of March 31, 2024; and the projected value as of May 9, 2025 (the date of the Sale Hearing) is attached hereto as **Exhibit A**. First, the value (or estimated value) of cash on hand: as of the Petition Date was $140,000; as of March 31, 2025 was $140,000; and as of May 9, 2025 (the date of the Sale Hearing) is projected to be $380,000. Second, the value (or estimated value) of accounts receivable: as of the Petition Date was $140,000; as of March 31, 2025 was $140,000; and as of May 9, 2025 is projected to be $330,000. Third, the value (or estimated value) of finished goods: as of the Petition Date was $470,000; as of March 31, 2025 was $560,000; and as of May 9, 2025 is projected to be $560,000. Finally, the value (or estimated value) of raw materials: as of the Petition Date was $80,000; as of March 31, 2025 was $80,000; and as of May 9 is projected to be $100,000. Thus, the value of the Debtors' Working Capital has increased by $90,000 between

---

[3] Nothing in this Declaration shall be construed as an admission as to the validity, extent, or priority of any secured claim of the Prepetition Secured Parties against the Debtors or their estates, nor should anything in this Declaration be interpreted to waive, limit, or restrict the Debtors' ability to challenge all or part of the Prepetition Secured Parties' claims.

the Petition Date and March 31, 2025. Moreover, the Debtors anticipate the value of the working capital to increase by an additional $450,000 by the time of the Sale Hearing on May 9, 2025.

7. The Approved Budget contemplates expenses for HSE & Maintenance, which includes capital expenditures. Over the 9-week budget period, the Approved Budget contemplates spending $2,472,938 in HSE & Maintenance. The Debtors' purpose in spending on capital expenditures is to preserve and increase the value of their Hard Assets. To date, the Debtors have spent approximately $787,825 on capital expenditures. The Debtors' postpetition capital expenditures include costs for repair and maintenance of the Debtors' equipment, industrial cleaning of the Circularity Center and the equipment therein, contractors to assist in operation of the Debtors' equipment, and improvements on certain of the Debtors' equipment central to the production of pyrolysis oil and clean hydrocarbon all to continue to maintain equipment, ensure environmental compliance and ensure safe and efficient operations. Vendors providing services covered under the HSE & Maintenance expenses budget line include Consolidated Mechanical LLC, Industrial Applied Technologies, G&L Corporation, NES Global, Chemted LLC, BBC Pump and Equipment Company, Inc., and Shambaugh & Son.

8. The Debtors' postpetition operations, including spending on capital expenditures in accordance with the Approved Budget, will continue to increase the value of the Prepetition Bond Collateral through the Sale Hearing.

9. Additionally, it is my understanding that, since the Petition Date and as of the filing of this Declaration, the Debtors' proposed investment banker, SSG Advisors, LLC, has contacted 331 parties regarding the sale of the Debtors' assets as of April 3, 2025. Of those parties, 25 have signed non-disclosure agreements, 19 have accessed the Debtors' virtual data room, 1 has conducted a site visit, and 2 have scheduled site visits.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: April 9, 2025

*/s/ Craig R. Jalbert*
Name: Craig R. Jalbert
Title:   Chief Restructuring Officer