# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Brightmark Plastics Renewal LLC, *et al.*,[1] | Case No. 25-10472 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA FOR MATTERS SCHEDULED
## FOR HEARING ON APRIL 14, 2025 AT 10:30 A.M. (ET)[2]

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Silverstein's Chambers Procedures (https://www.deb.uscourts.gov/judge-laurie-selber-silverstein) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Silverstein's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) on April 11, 2025 unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## MATTERS UNDER CERTIFICATION:

1.  Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief [Docket No. 13 - filed March 17, 2025]

    Response/Objection Deadline:     April 7, 2025 at 4:00 p.m. (ET)

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789). The Debtors' headquarters are located at 1725 Montgomery St, Floor 3, San Francisco, CA 94111.

[2] All motions and other pleadings referenced herein are available online at the following address: https://www.omniagentsolutions.com/BrightmarkPlastics.

Responses/Objections Received:

i. Combined Initial Response and Reservation of Rights of UMB Bank, N.A., as Trustee, to Debtors' First Day Pleadings [Docket No. 31 - filed March 18, 2025]

Related Documents:

A. Interim Order (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (IV) Granting Relater Relief [Docket No. 39 – entered March 19, 2025]

B. Omnibus Notice of Second Day Hearing to be Held on April 14, 2025 at 10:30 a.m. (ET) [Docket No. 48 – filed March 19, 2025]

C. Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies, (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, and (IV) Granting Related Relief [Docket No. 91 - filed April 8, 2025]

Status: On April 8, 2025, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests, and (III) Granting Related Relief [Docket No. 14 - filed March 17, 2025]

Response/Objection Deadline:    April 7, 2025 at 4:00 p.m. (ET)

Responses/Objections Received:

i. Combined Initial Response and Reservation of Rights of UMB Bank, N.A., as Trustee, to Debtors' First Day Pleadings [Docket No. 31 - filed March 18, 2025]

Related Documents:

A. Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests, and (III) Granting Related Relief [Docket No. 40 – entered March 19, 2025]

B.     Omnibus Notice of Second Day Hearing to be Held on April 14, 2025 at 10:30 a.m. (ET) [Docket No. 48 – filed March 19, 2025]

C.     Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees, (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests, and (III) Granting Related Relief [Docket No. 92 - filed April 8, 2025]

Status: On April 8, 2025, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

3.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Programs and Pay All Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, or Enter Into New Insurance Programs; (II) Authorizing All Banks to Honor Payments of Insurance Obligations; and (III) Granting Related Relief [Docket No. 15 - filed March 17, 2025]

Response/Objection Deadline:     April 7, 2025 at 4:00 p.m. (ET)

Responses/Objections Received:

i.     Combined Initial Response and Reservation of Rights of UMB Bank, N.A., as Trustee, to Debtors' First Day Pleadings [Docket No. 31 - filed March 18, 2025]

Related Documents:

A.     Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Programs and Pay All Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, or Enter Into New Insurance Programs; (II) Authorizing All Banks to Honor Payments of Insurance Obligations; and (III) Granting Related Relief [Docket No. 41 – entered March 19, 2025]

B.     Omnibus Notice of Second Day Hearing to be Held on April 14, 2025 at 10:30 a.m. (ET) [Docket No. 48 – filed March 19, 2025]

C.     Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Existing Insurance Programs and Pay All Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, or Enter Into New Insurance Programs; (II) Authorizing All Banks to Honor Payments of Insurance Obligations; and (III) Granting Related Relief [Docket No. 93 - filed April 8, 2025]

Status: On April 8, 2025, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Perform Intercompany Transactions, and (D) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief [Docket No. 16 - filed March 17, 2025]

    Response/Objection Deadline:    April 7, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:

    i.  Combined Initial Response and Reservation of Rights of UMB Bank, N.A., as Trustee, to Debtors' First Day Pleadings [Docket No. 31 - filed March 18, 2025]

    Related Documents:

    A.  Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Perform Intercompany Transactions, and (D) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief [Docket No. 42 – entered March 19, 2025]

    B.  Omnibus Notice of Second Day Hearing to be Held on April 14, 2025 at 10:30 a.m. (ET) [Docket No. 48 – filed March 19, 2025]

    C.  Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Perform Intercompany Transactions, and (D) Maintain Existing Business Forms; (II) Authorizing the Debtors' Banks to Honor All Related Payment Requests; and (III) Granting Related Relief [Docket No. 94 - filed April 8, 2025]

    Status: On April 8, 2025, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

5.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations and (B) Continue Certain Employee Benefit Programs in the Ordinary Course; (II) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (III) Granting Related Relief [Docket No. 17 - filed March 17, 2025]

    Response/Objection Deadline:    April 7, 2025 at 4:00 p.m. (ET)

4

Responses/Objections Received:

i.  Combined Initial Response and Reservation of Rights of UMB Bank, N.A., as Trustee, to Debtors' First Day Pleadings [Docket No. 31 - filed March 18, 2025]

Related Documents:

A.  Interim Order (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations and (B) Continue Certain Employee Benefit Programs in the Ordinary Course; (II) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (III) Granting Related Relief [Docket No. 43 – entered March 19, 2025]

B.  Omnibus Notice of Second Day Hearing to be Held on April 14, 2025 at 10:30 a.m. (ET) [Docket No. 48 – filed March 19, 2025]

C.  Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing, but Not Directing, the Debtors to (A) Pay Prepetition Wages, Compensation, Employee Benefits, and Other Employee Obligations and (B) Continue Certain Employee Benefit Programs in the Ordinary Course; (II) Authorizing All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations; and (III) Granting Related Relief [Docket No. 95 - filed April 8, 2025]

Status: On April 8, 2025, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

6.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants, Lienholder Claims, and 503(b)(9) Claims; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Docket No. 19 - filed March 17, 2025]

Response/Objection Deadline:        April 7, 2025 at 4:00 p.m. (ET)

Responses/Objections Received:

i.  Combined Initial Response and Reservation of Rights of UMB Bank, N.A., as Trustee, to Debtors' First Day Pleadings [Docket No. 31 - filed March 18, 2025]

Related Documents:

A.  Interim Order (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants, Lienholder Claims, and 503(b)(9) Claims; (II) Authorizing Banks

        to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Docket No. 45 - entered March 19, 2025]

    B.    Omnibus Notice of Second Day Hearing to be Held on April 14, 2025 at 10:30 a.m. (ET) [Docket No. 48 – filed March 19, 2025]

    C.    Certificate of No Objection Regarding Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of Trade Claimants, Lienholder Claims, and 503(b)(9) Claims; (II) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Granting Related Relief [Docket No. 96 - filed April 8, 2025]

    Status: On April 8, 2025, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

7.    Debtors' Application for an Order Authorizing Employment and Retention of Omni Agent Solutions, Inc. as Administrative Agent Effective as of the Petition Date [Docket No. 54 - filed March 24, 2025]

    Response/Objection Deadline:    April 7, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:

    A.    Certificate of No Objection Regarding Debtors' Application for an Order Authorizing Employment and Retention of Omni Agent Solutions, Inc. as Administrative Agent Effective as of the Petition Date [Docket No. 97 - filed April 8, 2025]

    Status: On April 8, 2025, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

8.    Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-1, and (III) Granting Related Relief [Docket No. 55 - filed March 24, 2025]

    Response/Objection Deadline:    April 7, 2025 at 4:00 p.m. (ET)

    Responses/Objection Received:    None.

    Related Documents:

    A.    Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Authorizing Debtors to Employ Professionals Utilized in the Ordinary Course of Business, (II) Waiving Certain Information Requirements of Local Rule 2016-1, and (III) Granting Related Relief [Docket No. 99 - filed April 8, 2025]

    Status: On April 8, 2025, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

9.    Application of the Debtors to Retain and Employ Potter Anderson & Corroon LLP as Counsel to the Debtors and Debtors in Possession Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [Docket No. 56 - filed March 24, 2025]

    Response/Objection Deadline:    April 7, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:    None.

    Related Documents:

    A.    Certificate of No Objection Regarding Application of the Debtors to Retain and Employ Potter Anderson & Corroon LLP as Counsel to the Debtors and Debtors in Possession Pursuant to Section 327(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, Effective as of the Petition Date [Docket No. 98 - filed April 8, 2025]

    Status: On April 8, 2025, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

10.    Motion of the Debtors to Retain and Employ (A) Craig R. Jalbert as Chief Restructuring Officer for the Debtors and (B) Verdolino & Lowey, P.C. to Provide Services to the CRO and Debtors as Necessary, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, Effective as of the Petition Date [Docket No. 57 - filed March 24, 2025]

    Response/Objection Deadline:    April 7, 2025 at 4:00 p.m. (ET)

    Responses/Objections Received:

    i.    Informal comments from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee")

    Related Documents:

    A.    Certification of Counsel Regarding Motion of the Debtors to Retain and Employ (A) Craig R. Jalbert as Chief Restructuring Officer for the Debtors and    (B)

    Verdolino & Lowey, P.C. to Provide Services to the CRO and Debtors as Necessary, Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code, Effective as of the Petition Date [Docket No. 101 - filed April 8, 2025]

  Status: On April 8, 2025, the Debtors filed a certification of counsel resolving the informal comments of the U.S. Trustee, noted at item (i) above. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

11. Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief [Docket No. 68 - filed March 27, 2025]

  Response/Objection Deadline:  April 7, 2025 at 4:00 p.m. (ET)

  Responses/Objections Received:  None

  Related Documents:

  A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief [Docket No. 100 - filed April 8, 2025]

  Status: On April 8, 2025, the Debtors filed a certificate of no objection regarding this matter. Accordingly, a hearing on this matter is only necessary to the extent the Court has any questions.

**MATTERS GOING FORWARD:**

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims Subject to Certain Permitted Liens; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 26 - filed March 17, 2025]

  Response/Objection Deadline:  April 7, 2025 at 4:00 p.m. (ET)

  Responses/Objections Received:

  i. Informal comments from Brightmark Plastics Ashley Holdco LLC (the "DIP Lender")

  ii. Combined Initial Response and Reservation of Rights of UMB Bank, N.A., as Trustee, to Debtors' First Day Pleadings [Docket No. 31 - filed March 18, 2025]

      iii.      Preliminary and Limited Objection and Reservation of Rights of UMB Bank, N.A., as Trustee, to Debtors' DIP Financing Motion [Docket No. 90 – filed April 7, 2025]

Related Documents:

A. Declaration of Mark E. Chesen in Support of the Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims Subject to Certain Permitted Liens; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 27 – filed on March 17, 2025]

B. Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims Subject to Certain Permitted Liens; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 52 - entered March 21, 2025]

C. Notice of Entry of Interim Order (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims Subject to Certain Permitted Liens; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Docket No. 53 - filed March 21.2025]

D. Debtors' Reply in Support of Their Motion for Entry of Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims Subject to Certain Permitted Liens; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [Docket No. 103 - Filed April 9, 2025

E. Declaration of Craig R. Jalbert in Further Support of the Debtors' DIP Motion [Docket No. 104 - Filed April 9, 2025

F. Notice of Filing of Proposed Final Order (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims Subject to Certain Permitted Liens; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; and (V) Granting Related Relief [Docket No. 106 - Filed April 9, 2025]

Status: This matter is going forward.

13. Debtors' Application for an Order Authorizing the Debtors to Retain and Employ SSG Advisors, LLC as Investment Banker to the Debtors Effective as of the Petition Date and Waiving Certain Time-Keeping Requirements [Docket No. 58 - filed March 24, 2025]

    Response/Objection Deadline:        April 7, 2025 at 4:00 p.m. (ET)

Responses/Objections Received:

i.   Informal comments from the U.S. Trustee

ii.  Informal comments from UMB Bank, N.A., as trustee and collateral agent (the "Indenture Trustee")

Status: The Debtors are working to resolve the informal comments of the U.S. Trustee and the Indenture Trustee, noted at items (i) and (ii) above. The Debtors anticipate filing a revised proposed form of order under certification of counsel prior to the hearing.

Dated: April 10, 2025
Wilmington, Delaware

Respectfully submitted,

/s/ Katelin A. Morales
Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
Brett M. Haywood (No. 6166)
Katelin A. Morales (No. 6683)
James R. Risener III (No. 7334)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
      rmcneill@potteranderson.com
      bhaywood@potteranderson.com
      kmorales@potteranderson.com
      jrisener@potteranderson.com
      aehrmann@potteranderson.com

*Proposed Counsel to the Debtors and Debtors in Possession*