**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BRIGHTMARK PLASTICS RENEWAL LLC, et al.,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-10472 (LSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: May 9, 2025 at 10:00 a.m. (ET)**<br>**Objection Deadline: May 2, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF UMB BANK, N.A., AS TRUSTEE AND COLLATERAL AGENT, FOR ENTRY OF AN ORDER (I) DISMISSING THE CHAPTER 11 CASES FOR CAUSE PURSUANT TO 11 U.S.C. § 1112 OR (II) IN THE ALTERNATIVE, GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

　　　　**PLEASE TAKE NOTICE** that on April 18, 2025, UMB Bank, N.A., not in its individual capacity but solely in its capacity as trustee and collateral agent (the "Trustee"), by and through its undersigned counsel, filed the *Motion of UMB Bank, N.A., as Trustee and Collateral Agent, for Entry of an Order (I) Dismissing the Chapter 11 Cases for Cause Pursuant to 11 U.S.C. § 1112 or (II) in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court").

　　　　**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion must be filed with the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **May 2, 2025 at 4:00 p.m. (EST)**, and served upon the undersigned counsel.

　　　　**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789). The Debtors' headquarters are located at 1725 Montgomery1 St, Floor 3, San Francisco, CA 94111.

on **May 9, 2025 at 10:00 a.m. (EST)** before the Honorable Laurie S. Silverstein, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY MADE IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| April 18, 2025<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Matthew P. Ward*<br>Matthew P. Ward, Esq. (Del. Bar No. 4471)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: matthew.ward@wbd-us.com<br><br>Andrew I. Silfen, Esq.<br>Beth M. Brownstein, Esq.<br>Mark Angelov, Esq.<br>**ARENTFOX SCHIFF LLP**<br>1301 Avenue of the Americas, Floor 42<br>New York, New York 10019<br>Telephone: (212) 484-3900<br>Facsimile: (212) 484-3990<br>Email: andrew.silfen@afslaw.com<br>         beth.brownstein@afslaw.com<br>         mark.angelov@afslaw.com<br><br>-and-<br><br>James E. Britton, Esq.<br>**ARENTFOX SCHIFF LLP**<br>800 Boylston Street, 32nd Floor<br>Boston, Massachusetts 02199<br>Telephone: (617) 973-6100<br>Facsimile: (617) 367-2315<br>Email: james.britton@afslaw.com<br><br>*Counsel for UMB Bank, as Trustee* |