**EXHIBIT A**

**PROPOSED ORDER**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BRIGHTMARK PLASTICS RENEWAL LLC, et al.,[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 25-10472 (LSS)<br><br>(Jointly Administered) |

**[PROPOSED] ORDER GRANTING MOTION OF
UMB BANK. N.A., AS TRUSTEE AND COLLATERAL AGENT, FOR
ENTRY OF AN ORDER (I) DISMISSING THE CHAPTER 11 CASES FOR
CAUSE PURSUANT TO 11 U.S.C. § 1112 OR (II) IN THE ALTERNATIVE,
GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

Upon consideration of the motion (the "Motion")[2] of UMB Bank, N.A., not in its individual capacity but solely in its capacity as trustee and collateral agent (the "Trustee"), for entry of an Order, *(I) Dismissing the Chapter 11 Cases for Cause Pursuant to 11 U.S.C. § 1112 or (II) In the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362*; and the Court having jurisdiction over the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and adequate notice of the Motion has been given and that no other or further notice need be given; and it appearing that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it further appearing that the requested relief is reasonable, proper and in the best interests of the Debtors and their estates; and after due deliberation and sufficient cause appearing therefor; it is

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789). The Debtors' headquarters are located at 1725 Montgomery1 St, Floor 3, San Francisco, CA 94111.

[2] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Chapter 11 Cases are hereby **DISMISSED** for cause pursuant to Section 1112(b) of the Bankruptcy Code; and it is further

[**ORDERED** that the Trustee is hereby granted relief from the automatic stay under Section 362(d) of the Bankruptcy Code with respect to the Bond Collateral, and the Trustee may exercise all of its contractual, legal, and/or equitable rights and powers with respect to the Bond Collateral and/or the Debtors in connection therewith; and it is further]

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: Wilmington, Delaware
_____, 2025

_____
THE HON. LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE

WBD (US) 4919-1939-4872v2