**EXHIBIT A**



March 7, 2025

**VIA CERTIFIED MAIL:**

Brightmark Plastics Renewal Indiana LLC
(f/k/a RES Polyflow Indiana, LLC) (the "*Borrower*")
1725 Montgomery St., Floor 3
San Francisco, California 94111,
Attention: Justin Goldstein
Also via email to: justin.goldstein@brightmark.com

Brightmark Plastics Renewal Indiana LLC
f/k/a RES Polyflow Indiana LLC
8584 E. Washington Street, #304
Chagrin Falls, Ohio 44023
Attention: Jay Schabel

Indiana Finance Authority (the "*Authority*")
One North Capitol, Suite 900,
Indianapolis, IN 46204,
Attention: Public Finance Director of the State of Indiana

Re:  Declaration and Notice of Default and Notice of Acceleration ("*Notice*")

Reference is hereby made to (1) that certain Trust Indenture, dated as of March 1, 2019 (as amended or supplemented, including by the First Supplemental and Amendatory Trust Indenture, dated as of February 1, 2024, the "*Indenture*"), by and between the Authority and UMB Bank, N.A., not in its individual capacity, but solely in its capacity as trustee ("*Trustee*") and as Collateral Agent ("*Collateral Agent*"); and (2) that certain Loan Agreement, dated as of March 1, 2019 (the "*Loan Agreement*"), by and between Authority and Borrower. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Indenture.

**Notice of Events of Default**

Borrower has failed to make payment for Debt Service Requirement due on or before March 1, 2025 (the "*March 1 Missed Payment*"). The Borrower's failure to timely make the March 1 Missed Payment is an Event of Default under Section 7.1(a) of the Loan Agreement. In addition, the declaration of the Bonds to be due and payable under Section 7.03 of the Indenture noticed below constitutes an Event of Default under Section 7.03(e) of the Loan Agreement. Accordingly, Trustee hereby declares Events of Default under the Loan Agreement.

Pursuant to Section 7.01(d) of the Indenture, the occurrence and continuance of an Event of Default under Section 7.1 of the Loan Agreement constitutes an Event of Default under the Indenture.

In addition, there was a failure to pay principal and interest due on the Bonds on March 1, 2025. The failure to pay principal and interest due on the Bonds on March 1, 2025 constitutes Events of Default under Section 7.01(a) and Section 7.01(b) of the Indenture, respectively. Accordingly, Trustee hereby declares Events of Default under the Indenture.

The foregoing Events of Default under the Loan Agreement and the Indenture each constitute an Event of Default under the Mortgage, Section 6 of the Pledge Agreement, and numerous sections of the Security Agreement. In addition, as a result of the occurrence and continuation of Events of the Default under the Loan Agreement and the Indenture, the Trustee and the Collateral Agent have rights and remedies available under the Mortgage and the other Security Agreements. As a result of the foregoing, the Trustee and the Collateral Agent have rights and remedies available under, among others, Section 7.2 of the Loan Agreement, Article VII of the Indenture, Section 6.2 of the Mortgage, the Security Agreement, the Uniform Commercial Code of the State of Indiana, and other applicable law.

In addition, we hereby provide notice to the Borrower that the Borrower's failure to maintain the Working Capital Requirement in the Working Capital Account is a default under Section 4.3 of the Loan Agreement and, if not remedied within 30 days after the date of this notice, shall be an Event of Default under Section 7.1(b) of the Loan Agreement.

**Notice of Acceleration**

The above described Events of Default have occurred and are continuing under the Loan Agreement and the Indenture.

This letter constitutes notice that the Trustee, acting upon the written direction of the Majority of Outstanding Bondholders pursuant to Section 7.03 of the Indenture, hereby declares the principal of all Bonds outstanding, together with interest accrued thereon, to be due and payable immediately.

This letter also constitutes notice that the Trustee and the Collateral Agent, as the case may be, pursuant to Section 7.2(a)(i) of the Loan Agreement and pursuant to Section 7.03 of the Indenture, hereby declare all payments for Debt Service Requirements and all other payments due under the Loan Agreement to be immediately due and payable.

**Demand for Payment; Reservation of Rights; Notice**

Demand is hereby made upon the Borrower for the immediate payment, in immediately available funds, of all obligations described above.

Borrower is further notified that Trustee and the Collateral Agent have other rights and remedies under the Bond Documents, which rights and remedies are hereby reserved.

There may be additional Events of Default under the terms of the Loan Agreement or the Indenture, and neither the Trustee nor the Collateral agent waives any right to call any such defaults in the future and hereby reserves all rights and remedies against the Borrower as a result thereof. The Trustee and the Collateral Agent reserve all rights and remedies under the Indenture, the Loan

Agreement, the Security Agreement, the Pledge Agreement, the Mortgage, and any other Bond Documents, and at law, in equity or otherwise, including without limitation those arising from the Events of Defaults that have previously occurred, or which may occur after the date hereof. Any delay or forbearance by Trustee or the Collateral Agent in the enforcement or pursuit of any of their respective rights and remedies under the Indenture, the Loan Agreement, the Security Agreement, the Pledge Agreement, the Mortgage and any other Bond Document, or under applicable law, shall not constitute a waiver thereof, nor shall it be a bar to the exercise of the rights and remedies of Trustee, the Collateral Agent or the Bondholders of the Bonds.

Sincerely,

*[signature: Michael G. Slade]*

Name: Michael G. Slade
Title:   Senior Vice President

cc:   Mark A. Angelov (mark.angelov@afslaw.com)