**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Brightmark Plastics Renewal LLC, *et al.*,[1] | Case No. 25-10472 (LSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF FILING OF AUCTION TRANSCRIPT

**PLEASE TAKE NOTICE** that on April 4, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (VI) Granting Related Relief* [Docket No. 85] (the "Bidding Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, on April 4, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Notice of Sale, Bidding Procedures, Auction, Sale Hearing, and Other Deadlines Related Thereto* [Docket No. 86] (the "Notice").[2] Pursuant to the Notice and Bidding Procedures Order, the Auction took place on Monday, May 7, 2025.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789). The Debtors' headquarters are located at 1725 Montgomery St, Floor 3, San Francisco, CA 94111.

[2] Capitalized terms used, but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order and the Notice, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, for the convenience of the Court and all parties in interest, the transcript of the Auction is attached hereto as **Exhibit A**.

| | |
|---|---|
| Dated: May 8, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ James R. Risener III*<br>Jeremy W. Ryan (No. 4057)<br>R. Stephen McNeill (No. 5210)<br>Brett M. Haywood (No. 6166)<br>Katelin A. Morales (No. 6683)<br>James R. Risener III (No. 7334)<br>Andrew C. Ehrmann (No. 7395)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>      rmcneill@potteranderson.com<br>      bhaywood@potteranderson.com<br>      kmorales@potteranderson.com<br>      jrisener@potteranderson.com<br>      aehrmann@potteranderson.com<br><br>*Counsel to the Debtors and Debtors in Possession* |