### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Brightmark Plastics Renewal LLC, *et al.*,[1] | Case No. 25-10472 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 22, 85, 131, & 176** |

### NOTICE OF FILING OF FINAL ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that, on March 17, 2025, the above-captioned debtors and debtors in possession (the "Debtors") filed the *Debtor's Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Docket No. 22] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on April 4, 2025, the Court entered the *Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II)*

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789). The Debtors' headquarters are located at 1725 Montgomery St, Floor 3, San Francisco, CA 94111.

*Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (VI) Granting Related Relief* [Docket No. 85] (the "Bidding Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that, on April 15, 2025, consistent with the Bidding Procedures, the Debtors filed the *Notice of Filing of Form of Asset Purchase Agreement and Proposed Form of Sale Order* [Docket No. 131], which had, attached thereto as Exhibit A, a proposed form of asset purchase agreement for the sale of substantially all of the Debtors' Assets (the "Form APA").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, and the Sale Notice, the Debtors held an Auction on May 7, 2025. UMB Bank, N.A., as trustee and collateral agent, was selected as the Successful Bidder. *See* Docket No. 176.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the Asset Purchase Agreement (the "Final APA") between the Debtors and the Successful Bidder. The Final APA is subject to further review and revision.

**PLEASE TAKE FURTHER NOTICE** that for the convenience of the Court and all parties in interest, a blackline of the Form APA against the Final APA is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the proposed Sale is currently scheduled for **May 9, 2025 at 10:00 a.m. (ET)** (the "Sale Hearing") before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge, in the United

---

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Motion and Bidding Procedures Order.

States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, Wilmington, Delaware 19801, 5th Floor, Courtroom No. 2.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors reserve all rights to further modify the Final APA in all respects.

Dated: May 9, 2025
      Wilmington, Delaware

Respectfully submitted,

*/s/ Andrew C. Ehrmann*
Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
Brett M. Haywood (No. 6166)
Katelin A. Morales (No. 6683)
James R. Risener III (No. 7334)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
       rmcneill@potteranderson.com
       bhaywood@potteranderson.com
       kmorales@potteranderson.com
       jrisener@potteranderson.com
       aehrmann@potteranderson.com

*Counsel to the Debtors and Debtors in Possession*