# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Brightmark Plastics Renewal LLC, *et al.*,[1] | Case No. 25-10472 (LSS) |
| Debtors. | (Jointly Administered) |

### *SECOND* AMENDED[2] NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON MAY 9, 2025 AT 10:00 A.M. (ET)[3]

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Silverstein's Chambers Procedures (https://www.deb.uscourts.gov/judge-laurie-selber-silverstein) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Silverstein's expectations of remote participants, and the advanced registration requirements.**
>
> **Registration is required by 4:00 p.m. (ET) on May 8, 2025 unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## RESOLVED MATTER:

1. Debtors' Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 130 - filed April 14, 2025]

    Response/Objection Deadline:    April 28, 2025 at 4:00 p.m. (ET)

    Responses Received:    None.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789). The Debtors' headquarters are located at 1725 Montgomery St, Floor 3, San Francisco, CA 94111.

[2] **Amended items appear in bold.**

[3] All motions and other pleadings referenced herein are available online at the following address: https://www.omniagentsolutions.com/BrightmarkPlastics.

Related Documents:

A. Certificate of No Objection Regarding Debtors' Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 160 - filed April 29, 2025]

B. Order Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 164 - entered April 30, 2025]

Status: The Debtors have filed their schedules of assets and liabilities and statements of financial affairs. Additionally, the order regarding this matter has been entered. Therefore, no hearing is necessary.

## MATTERS GOING FORWARD:

2. Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief [Docket No. 22 - filed on March 17, 2025]

   Sale Response/Objection Deadline: April 28, 2025 at 4:00 p.m. (ET); extended to April 29, 2025 for UMB Bank, N.A., as trustee and collateral agent ("UMB"); extended to May 2, 2025 for the United States Attorney's Office for the District of Delaware; extended to May 8, 2025 for the Environmental Protection Agency (the "EPA")

   Sale Responses/Objections Received:

   i. Informal Comments from the EPA

   Status: The Debtors filed a form of sale order, at item 2.F below, incorporating the informal comments of the EPA. Accordingly, the informal comments of the EPA have been resolved.

   ii. Initial Objection, Request for Adjournment and Reservation of Rights of UMB Bank. N.A., as Trustee, to Debtors' Bidding Procedures Motion [Docket No. 74 – filed April 1, 2025]

Status: This objection was resolved by the Court at the bid procedures hearing.

iii.     Objection to Sale [Docket No. 179 - Filed May 8, 2025]

Status: This objection is going forward.

Cure Response/Objection Deadline:      April 21, 2025 at 4:00 p.m. (ET); extended until April 28, 2025 for Brightmark Plastics Renewal Technologies LLC f/k/a RES Polyflow LLC.

Cure Response/Objections Received:

iii.     Objection to the Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 163 - filed April 30, 2025]

Status: This objection is going forward to the extent necessary.

Related Documents:

A.    Declaration of Mark E. Chesen in Support of Debtors' Motion for Entry of an Order (A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief [Docket No. 23 – filed on March 17, 2025]

B.    Order (I) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (II) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (III) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (IV) Approving Assumption and Assignment Procedures, (V) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof, and (VI) Granting Related Relief [Docket No. 85 - entered April 4, 2025]

C.    Notice of Sale, Bidding Procedures, Auction, Sale Hearing and Other Deadlines Related Thereto [Docket No. 86 - filed April 4, 2025]

E.    Notice of Cure Costs and Potential Assumption and Assignment of Executory Contracts and Unexpired Leases in Connection with Sale of Substantially All Assets [Docket No. 105 - filed April 9, 2025]

F.  Notice of Filing of Form of Asset Purchase Agreement and Proposed Form of Sale Order [Docket No. 131 - filed April 15, 2025]

G.  Proof of Publication [Docket No. 162 – filed April 30, 2025]

H.  Notice of Filing of Revised Proposed Sale Order [Docket No. 168 - filed May 2, 2025]

I.  Notice of Auction Results [Docket No. 176 - filed May 8, 2025]

J.  Declaration of Neil Gupta in Support of the Sale of the Debtors' Assets [Docket No. 180 - filed May 8, 2025]

K.  Notice of Filing of Auction Transcript [Docket No. 181 – filed May 8, 2025]

L.  Notice of Filing of Revised Proposed Sale Order [Docket No. 182 - filed May 8, 2025]

**M.  Notice of Filing of Final Asset Purchase Agreement [Docket No. 184 - field May 9, 2025]**

Witness Information:  The Debtors intend to offer the testimony of Neil Gupta, Managing Director, SSG Advisors LLC, at the hearing.

Status: The hearing on this matter is going forward.

3.  Debtors' Preliminary Motion for Entry of an Order Authorizing the Debtors to Surcharge Collateral of the Indenture Trustee Pursuant to 11 U.S.C. 506(c) [Docket No. 123 - filed April 11, 2025]

   Response/Objection Deadline:         To be determined.

   Responses Received:                  None.

   Related Documents:                   None.

   Status: This matter is going forward as a status conference.

4.  Motion of UMB Bank. N.A., as Trustee and Collateral Agent, for Entry of an Order (I) Dismissing the Chapter 11 Cases for Cause Pursuant to 11 U.S.C. § 1112 or (II) in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 149 – filed April 18, 2025]

   Response/Objection Deadline:         May 2, 2025 at 4:00 p.m. (ET)

<u>Responses Received</u>:

i.  Debtors' Objection to Motion of UMB Bank, N.A., as Trustee and Collateral Agent, for Entry of an Order (I) Dismissing the Chapter 11 Cases for Cause Pursuant to 11 U.S.C. § 1112 or (II) in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 167 - filed May 2, 2025]

ii. Reply of UMB Bank. N.A., as Trustee and Collateral Agent, in Support of Motion for Entry of an Order (I) Dismissing the Chapter 11 Cases for Cause Pursuant to 11 U.S.C. § 1112 or (II) in the Alternative, Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Docket No. 173 – filed May 6, 2025]

<u>Related Documents</u>:    None.

<u>Status</u>: To the best of the Debtors' knowledge, the hearing on this matter is going forward.

Dated: May 9, 2025
Wilmington, Delaware

Respectfully submitted,

*/s/ Andrew C. Ehrmann*
Jeremy W. Ryan (No. 4057)
R. Stephen McNeill (No. 5210)
Brett M. Haywood (No. 6166)
Katelin A. Morales (No. 6683)
James R. Risener III (No. 7334)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: jryan@potteranderson.com
       rmcneill@potteranderson.com
       bhaywood@potteranderson.com
       kmorales@potteranderson.com
       jrisener@potteranderson.com
       aehrmann@potteranderson.com

*Counsel to the Debtors and Debtors in Possession*