# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Brightmark Plastics Renewal LLC, *et al.*,[1] | Case No. 25-10472 (LSS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 22, 85, 86, 105, 131, 168, 176, 179, 191** |

## NOTICE OF CLOSING OF THE SALE OF DEBTOR'S ASSETS

**PLEASE TAKE NOTICE** that, on March 17, 2025, the debtors and debtors-in-possession in the above-captioned cases (the "Debtors") filed the *Debtors' Motion for Entry of Orders (I)(A) Approving Bidding Procedures for the Sale of Substantially All of the Debtors' Assets, (B) Authorizing the Debtors to Designate One or More Stalking Horse Bidders and to Provide Bid Protections, (C) Scheduling an Auction and Approving the Form and Manner of Notice Thereof, (D) Approving Assumption and Assignment Procedures, (E) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof and (F) Granting Related Relief; and (II)(A) Approving Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Relate Relief* [Docket No. 22] (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on May 13, 2025, the Court entered the *Order (I) Approving the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Encumbrances, Claims and Interests, (II) Approving the Assumption and Assignment of Designated Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 191] (the "Sale Order"), which, among other things, approved the Asset Purchase Agreement pursuant to which Brightmark Parent acquired the Purchased Assets (such transaction, the "Sale").

**PLEASE TAKE FURTHER NOTICE** that the Sale closed on May 13, 2025, at 2:00 p.m. (E.T.).

[*Remainder of Page Left Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are: Brightmark Plastics Renewal LLC (7907); Brightmark Plastics Renewal Indiana LLC (7118); and Brightmark Plastics Renewal Services LLC (3789).  The Debtors' headquarters are located at 1725 Montgomery St, Floor 3, San Francisco, CA 94111.

11671000v.3

| | |
|---|---|
| Dated: May 13, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Andrew C. Ehrmann*<br>Jeremy W. Ryan (No. 4057)<br>R. Stephen McNeill (No. 5210)<br>Brett M. Haywood (No. 6166)<br>Katelin A. Morales (No. 6683)<br>James R. Risener III (No. 7334)<br>Andrew C. Ehrmann (No. 7395)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile:  (302) 658-1192<br>Email: jryan@potteranderson.com<br>          rmcneill@potteranderson.com<br>          bhaywood@potteranderson.com<br>          kmorales@potteranderson.com<br>          jrisener@potteranderson.com<br>          aehrmann@potteranderson.com<br><br>*Counsel to the Debtors and Debtors in Possession* |